# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| Paula Horne<br>*Plaintiff*<br>v.<br>Southeast Tennessee Development District<br>*Defendant* | ) | Civil Action No. 1:26-cv-183 |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southeast Tennessee Development District
c/o Registered Agent:
Tennessee Development District Association
Chuck Hammonds
1000 Riverfront Pkwy
Chattanooga, TN 37402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: G. Brandon Hall
The Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/21/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Southeast Tennessee Development District

was received by me on *(date)* 9/21/26 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

☑ I returned the summons unexecuted because Registered agent is no longer at the address listed with Sec of State.; or

☑ Other *(specify)*:
Our process server attempted service but found the location empty and a sign posted with the new address.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/22/22026

Valerie Medovich
*Server's signature*

Valerie Medovich, paralegal
*Printed name and title*

1625 Broadway, Suite 601, Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc: