
ADS
SECURITY
2158 Northgate Park Lane/
2 Northgate Park
Suite 220 & 304
Chattanooga, TN 37415