# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

Paula Horne

*Plaintiff*

v.

Southeast Tennessee Development District

*Defendant*

Civil Action No. 1:26-cv-183

## ALIAS **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Southeast Tennessee Development District
c/o Registered Agent: Chuck Hammonds
Tennessee Development District Association
2158 Northgate Park Lane
2 Northgate Park, Suite 220 & 304
Chattanooga, TN 37415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
G. Brandon Hall
The Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/23/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-183

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* I served Donald J Kellerman Jr. at 2158 Northgate Park Chattanooga on *(date)* 09/30/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

[signature]
*Server's signature*

Jermell Sanford
*Printed name and title*

1200 Mtn Creek Rd #210 Chattanooga TN 37405
*Server's address*

Additional information regarding attempted service, etc: