## AFFIDAVIT OF SERVICE

| Case: 1;26-cv--00183 | Court: Eastern United States District Court Eastern District of Tennessee at Chattanooga | County: Hamilton, TN | Job: 16885026 |
|---|---|---|---|
| Plaintiff / Petitioner: Paula Horne | | Defendant / Respondent: Southeast Tennessee Development District | |
| Received by: Process Servers of Chattanooga | | For: Employment and Commerce Law Group | |
| To be served upon: C/o Registered Agent: Chuck Hammonds | | | |

I, Jermell Sanford, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Donald J Kellerman Jr, Company: 2158 Northgate Park, Chattanooga, TN 37415

**Manner of Service:** Authorized, Sep 30, 2026, 2:27 pm EDT

**Documents:**

**Additional Comments:**
1) Unsuccessful Attempt: Sep 21, 2026, 2:32 pm EDT at Company: 1000 Riverfront Parkway, Chattanooga, TN 37402
Upon arrival, I found the building to be vacant. A sign posted at the location stated that SETD has moved to 2158 North Park Lane.

2) Successful Attempt: Sep 30, 2026, 2:27 pm EDT at Company: 2158 Northgate Park, Chattanooga, TN 37415 received by Donald J Kellerman Jr. Ethnicity: Caucasian; Gender: Male; Hair: Brown; Other: He stated he was authorized to accept the service process He is the Chief of Staff ;

[signature] 10/02/26

Jermell Sanford — Date


Process Servers of Chattanooga
1200 Mountain Creek Road 210
Chattanooga, TN 37405
7063860999


*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

**Date** **Commission Expires**