**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **PAULA HORNE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:26-cv-00183** |
| | ) | |
| **SOUTHEAST TENNESSEE DEVELOPMENT DISTRICT,** | ) | **JURY DEMAND** |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to *Federal Rule of Civil Procedure* 7.1, Defendant Southeast Tennessee Development District ("Defendant") submits this Corporate Disclosure Statement.

Defendant has no corporate interests to be identified under this Rule.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: /s/ Stacie L. Caraway

Stacie L. Caraway BPR No. 17287
Stacie.Caraway@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

Attorneys for Defendant, Southeast Tennessee Development District

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. Since this is the first pleading which is being electronically filed in this matter, Defendant's counsel is also providing a courtesy copy to Plaintiff's counsel via regular U.S. Mail with sufficient postage affixed thereto to ensure delivery upon such counsel at the following address, which was provided on the Complaint in this matter.


**THE EMPLOYMENT & COMMERCE LAW GROUP**
Brandon Hall
1625 Broadway, Suite 601
Nashville, TN 37203


By: /s/ Stacie L. Caraway