**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| PAULA HORNE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:26-cv-183 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| SOUTHEAST TENNESSEE DEVELOPMENT DISTRICT, | ) | Magistrate Judge Dumitru |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER**

The Court previously scheduled the Final Pretrial Conference in this matter for January 17, 2028, at 3:00 P.M. ET in Chattanooga, Tennessee. [Doc. 17]. As that date is a Federal Holiday, the **Final Pretrial Conference is hereby rescheduled to 3:00 P.M. ET on January 18, 2028, in the United States Courthouse in Chattanooga, Tennessee**.

**SO ORDERED.**

/s/*Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**